IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARIBBEAN CONSERVATION CORPORATION,
    et al.,

    Plaintiffs,

vs.                                       1:09-CV-259-SPM/AK

GARY LOCKE, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Joint Motion for Extension of Time to File Joint Case Management Report (doc. 18). The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion (doc. 18) is *granted*.

2. The Parties shall have until May 12, 2010, to file the case management report.

**DONE AND ORDERED** this sixth day of April, 2010.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge