IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARIBBEAN CONSERVATION
CORPORATION,
CENTER FOR BIOLOGICAL
DIVERSITY,
DEFENDERS OF WILDLIFE,
GULF RESTORATION NETWORK, INC.,
and TURTLE ISLAND
RESTORATION NETWORK,

    Plaintiffs,

v.                         CASE NO. 1:09-cv-00259-SPM -GRJ

GARY LOCKE,
United States Secretary of Commerce,
ERIC SCHWAAB,
Assistant Administrator for Fisheries,
and the NATIONAL MARINE FISHERIES SERVICE,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Plaintiffs' Unopposed Motion For Leave To Withdraw Certain Counsel And Substitute Other Counsel. (Doc. 57.) Plaintiffs request the Court to enter an order adding Cari Miyoko Sakashita as counsel for The Center for Biological Diversity, Caribbean Conservation Corporation and Turtle Island Restoration Network and granting leave for Andrea A. Treece to withdraw as counsel for Caribbean Conservation Corporation, Defenders of Wildlife, Gulf Restoration Network and Turtle Island Restoration Network and for Colin H. Adams to withdraw as counsel for Gulf Restoration Network.

Accordingly, upon due consideration, it is **ORDERED:**

1. Plaintiffs' Unopposed Motion For Leave To Withdraw Certain Counsel And

Substitute Other Counsel (Doc. 57) is **GRANTED**.

2. Cari Miyoko Sakashita is added as counsel for Plaintiffs Carribean Conservation Corporation, Center for Biological Diversity, and Turtle Island Restoration Network.

3. Andrea A. Treece is relieved of further responsibility for representing Plaintiffs Caribbean Conservation Corporation, Center for Biological Diversity, Defenders of Wildlife, and Gulf Restoration Network.

4. Colin H. Adams is relieved of further responsibility for representing Gulf Restoration Network.

5. The Gulf Restoration Network shall continue to be represented by Stephen E. Roady and Emma C. Cheuse and the Defenders of Wildlife shall continue to be represented Sierra B. Weaver.

6. The Clerk is directed to make the appropriate changes on the docket.

**DONE AND ORDERED** this 22nd day of November, 2010.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge