IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARIBBEAN CONSERVATION
CORPORATION, CENTER FOR
BIOLOGICAL DIVERSITY, DEFENDERS
OF WILDLIFE, GULF RESTORATION
NETWORK, INC., and TURTLE ISLAND
RESTORATION NETWORK,

    Plaintiffs,

v.                                                   CASE NO. 1:09-cv-00259-SPM -GRJ

GARY LOCKE,
United States Secretary of Commerce,
ERIC SCHWAAB, Assistant
Administrator for Fisheries,
and the NATIONAL MARINE FISHERIES
SERVICE,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Plaintiff Caribbean Conservation Corporation's Notice Of Name Change And Unopposed Motion For Change Of Name. (Doc. 62.) Plaintiff Caribbean Conservation Corporation ("Plaintiff") requests the Court to enter an order reflecting Plaintiff's new corporate name, Sea Turtle Conservancy, in the docket and caption for this action and ordering that all references to Plaintiff's former name in prior pleadings in this case continue to apply to Sea Turtle Conservancy as the same party.

Accordingly, upon due consideration, it is **ORDERED:**

(1)     Plaintiff Caribbean Conservation Corporation's Notice Of Name Change And Unopposed Motion For Change Of Name (Doc. 62) is **GRANTED**.

(2)  The Clerk is directed to change all references to "Caribbean Conservation Corporation" on the docket and in the caption for this case and substitute "Sea Turtle Conservancy" in its place.

(3)  All references in prior pleadings in this case to Plaintiff Caribbean Conservation Corporation shall continue to apply to Sea Turtle Conservancy as the same party in this case

**DONE AND ORDERED** this 7th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge