IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SEA TURTLE CONSERVANCY, et al.,

     Plaintiffs,                    Case No. 1:09-cv-00259-SPM-GRJ

v.

GARY LOCKE, et al.,

     Defendants.

_____/

### ORDER

     Before the Court is the Joint Unopposed Motion for Extension of Time to File Briefs on Relief and to Address Attorneys' Fees and Costs. The parties submitted this Motion after this Court's Order of July 5, 2011, in which the Court granted partial summary judgment to Plaintiffs and partial summary judgment to Defendants and also ordered supplemental briefing on the issue of relief to occur no later than August 1, 2011. After review of the parties' submission, and for good cause shown, it is ORDERED:

     1.     The parties may file supplemental briefs on relief no later than August 11, 2011.

     2.     Plaintiffs may file a bill of costs and a motion for attorneys' fees,

pursuant to FED. R. CIV. P. 54 and Local Rule 54.1 and 54.2, no later than 30 days after this Court enters an order providing final judgment on the issue of relief.

DONE AND ORDERED this <u>twenty-second</u> day of July, 2011.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Senior United States District Judge